**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-43446-399 |
| CYNTHIA S JABLONSKI | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 3 filed by |
| | ) | SETERUS |
| | ) | Acct: XXXX7737 |
| | ) | Amount: $104,109.15 |
| **Debtor** | ) | Response Due: December 25, 2015 |
| | ) | |

### TRUSTEE'S OBJECTION TO CLAIM 3

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of SETERUS dated September 29, 2015, should be denied as filed because the attached payment voucher does not support the arrearage amount listed on claim. The claim lists $39,697.68 in pre-petition arrearage, but the attached payment voucher lists an amount due of $3,767.00.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: December 04, 2015                                    /s/ John V. LaBarge, Jr.
                                                                                  John V. LaBarge, Jr.
OBJCLM--JS                                                        Standing Chapter 13 Trustee
                                                                                  P.O. Box 430908
                                                                                  St. Louis, MO  63143
                                                                                  (314) 781-8100  Fax: (314) 781-8881
                                                                                  trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of December 04, 2015.

/s/ John V. LaBarge, Jr.

CYNTHIA S JABLONSKI
17 ST MARK DR
SAINT PETERS, MO  63376

SETERUS
12400 OLIVE BLVD
C/O JONATHAN B BUFORD
ST LOUIS, MO  63141

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303

FEDERAL NATL MORTGAGE ASSN
PO BOX 1047
C/O SETERUS INC
HARTFORD, CT  06143-1047