**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Cynthia S. Jablonski |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number | 15-43446 |

## Official Form 410S2

# Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: XXXX7737

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

○ No.
● Yes. Date of the last note: 11/27/2015 (Amends same)

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | 8/20/2015, 9/2/2015 | (5) | $375.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. Property inspection fees | 6/4/2015, 7/1/2015, 8/6/2015, 9/2/2015, 10/7/2015 | (7) | $75.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $0.00 |
| 11. Other. Specify:_____ | | (11) | $0.00 |
| 12. Other. Specify:_____ | | (12) | $0.00 |
| 13. Other. Specify:_____ | | (13) | $0.00 |

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

14. Other. Specify:_____                              (14) $0.00

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Cynthia S. Jablonski
            First Name   Middle Name   Last Name

Case number (if known) 15-43446

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o   I am the creditor.

●   I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:

X  /s/ Lisa Singer                                    Date  12/14/2015

Print:   Lisa Singer
         First Name   Middle Name   Last Name

Title   Creditor's Authorized Agent

Company   Rosicki, Rosicki & Associates, P.C.

Address   51 E. Bethpage Road
          Number   Street

          Plainview, NY 11803
          City          State   ZIP Code

Contact phone   (516) 741-2585

Email   lsinger@rosicki.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges has been served via Electronic Case Filing on the following parties:

Lynn Travis, Esq.

John V. LaBarge, Jr., Esq.

U.S. Trustee

I hereby certify that a copy of the foregoing Amended Notice of Mortgage Payment Change has been served via first class mail on the following parties:

Cynthia S. Jablonski
17 St. Mark Dr.
Saint Peters, MO 63376

December 14 2015

_____
Seung Woo Lee