UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

| | |
|---|---|
| In Re<br><br>Cynthia S. Jablonski,<br><br>    Debtor.<br><br>Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,<br><br>    Movant,<br><br>v.<br><br>Cynthia S. Jablonski, Debtor.<br><br>and<br><br>John V. LaBarge, Jr., Chapter 13 Trustee,<br><br>    Respondents. | Case No. 15-43446-399<br><br>Chapter 13<br><br>MOTION TO SET ASIDE ORDER GRANTING TRUSTEE OBJECTION TO PROOF OF CLAIM 3 FILED BY SETERUS, INC.<br><br><br><br>Kozeny & McCubbin<br>12400 Olive Blvd., Suite 555<br>St. Louis, MO 63141<br>(314) 991-0255<br>edmo@km-law.com |

### MOTION TO SET ASIDE ORDER GRANTING TRUSTEE OBJECTION TO PROOF OF CLAIM 3 FILED BY SETERUS, INC.

COMES NOW Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its Successors and Assigns ("Movant"), and pursuant to Federal Rule of Bankruptcy Procedure 3008, states and alleges as follows:

1. On December 4, 2015, Trustee filed an objection to Movant's proof of claim ("Trustee's Objection").

2. The basis of the Trustee's Objection was that documentation attached to the proof of claim did not support the arrearage amount listed on the claim.

     3.     Trustee's Objection was set for hearing on February 16, 2016.

     4.     Due to an administrative error, Movant did not file a response to Trustee's Objection by the deadline.

     5.     The Court sustained the Trustee's Objection at the hearing and entered an order on March 14, 2016.

     6.     Movant asserts that an amended proof of claim will be filed within 14 days of entry of an order granting this motion which will include documentation to support the arrearages listed. Consequently, the order sustaining the Trustee's Objection should be set aside in its entirety and the Trustee' Objection should be denied.

WHEREFORE, Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae") respectfully prays the Court enter an order setting aside the Trustee's Objection in its entirety, denying the Trustee's Objection and for such other relief as the Court deems just and proper.

Kozeny & McCubbin, L.C.

  /s/ Jonathon B. Burford
Jonathon B. Burford, #59337MO
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
edmo@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on March 25, 2016 to:

Cynthia S. Jablonski
Debtor
17 St. Mark Dr.
St. Peters, MO 63376

Lynn Travis
Attorney for Debtor
1861 Sherman Dr.
St. Charles, MO 63303

John V. LaBarge, Jr.
Trustee
PO Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of the United States Trustee
111 S. 10th St., Ste. 6353
St. Louis, MO 63102

/s/ Christy Wilkison
Christy Wilkison