**Fill in this information to identify the case:**

Debtor 1: Cynthia S. Jablonski

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: EASTERN District of MISSOURI (State)

Case number: 15-43446-399

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

Court claim no. (if known): 4-1

Last 4 digits of any number you use to identify the debtor's account: 7737

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. Attorney fees | 4/7/16, 6/22/16 | (3) $ | 700.00 |
| 4. Filing fees and court costs | | (4) $ | 0.00 |
| 5. Bankruptcy/Proof of claim fees | 6/22/16 | (5) $ | 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. Property inspection fees | 3/2/16, 4/6/16, 5/4/16, 6/2/16 | (7) $ | 60.00 |
| 8. Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) $ | 0.00 |
| 11. Other. Specify:_____ | | (11) $ | |
| 12. Other. Specify:_____ | | (12) $ | |
| 13. Other. Specify:_____ | | (13) $ | |
| 14. Other. Specify:_____ | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges

Debtor 1    Cynthia S. Jablonski        Case number (*If known*) 15-43446-399
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ H. Joseph Esry       Date 08/08/2016
    Signature

Print:    H. Joseph Esry       Title   Attorney
     First Name   Middle Name   Last Name

Company    Kozeny & McCubbin, LC

Address    12400 Olive Blvd, Suite 555
     Number   Street

     Saint Louis, MO 63141
     City   State   ZIP Code

Contact phone    Phone: (314) 991-0255        Email   edmo@km-law.com

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

In Re

**Cynthia S. Jablonski,**

    Debtor.

**Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,**

    Movant.

v.

**Cynthia S. Jablonski,**

    Debtor,

and

**John V. LaBarge, Jr.,**

    Trustee**,**

    Respondents.

**Case No: 15-43446-399**

**Chapter 13**

**CERTIFICATE OF SERVICE**

**Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
edmo@km-law.com**

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned hereby certifies that a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges and a copy of this pleading were served by U.S. First Class Mail the 8th day of August, 2016 to the parties listed below:

Cynthia S. Jablonski
Debtor
17 St. Mark Dr.
Saint Peters, MO 63376



Stanley J. Jablonski
Co-Debtor
17 Saint Mark Dr
Saint Peters, MO 63376

Lynn M. Travis
Attorney for Debtor
1861 Sherman Dr.
St. Charles, MO 63303

                          Respectfully submitted,

                          /s/ H. Joseph Esry
                          Jonathon B. Burford, #59337MO
                          H. Joseph Esry, #66708MO
                          Attorneys for Movant
                          12400 Olive Blvd., Suite 555
                          St. Louis, MO 63141
                          Phone: (314) 991-0255
                          Fax:  (314) 567-8019
                          edmo@km-law.com

